United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-10481
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JOE MARY REYES,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:88-CR-71-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Joe Mary
Reyes has requested leave to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Reyes has
filed a letter response to the motion.  Our independent review of
counsel's brief, Reyes's letter response, and the record
discloses no nonfrivolous issues for appeal.  Counsel's motion
for leave to withdraw is GRANTED, counsel is excused from further
responsibilities, and the appeal is DISMISSED.  See 5TH CIR.
R. 42.2.

    ---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.